STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ROSECLIFF REALTY CO., ET ALS., DEFENDANTS–PETITIONERS.

See same case below: 1 N. J. Super. 94; 62 A. 2nd 488.

Mr. *Albert S. Gross* for the petitioners.

Mr. *Meyer Pesin* and Mr. *Hiram Elfenbein* for the respondent.

February 28, 1949. Denied.

IN THE MATTER OF LILLIAN DEL GOBBO VINCE, CHARGED WITH CRIMINAL CONTEMPT.

Mr. *T. Girard Wharton* for the petitioner.

Mr. *John V. R. Strong* for the respondent.

March 7, 1949. Granted.

ELEANOR MOLESKI, PLAINTIFF–RESPONDENT, v. MORRIS BOHEN, ET AL., DEFENDANTSPETITIONERS.

See same case below: 1 N. J. Super. 136; 62 A. 2nd 745.

Messrs. *Harkavy & Lieb* for the petitioners.

Mr. *Archie Elkins* for the respondent.

April 4, 1949. Denied.